UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> WANDERLEY DEFREITAS a/k/a </br> WANDERLEY FREITAS | ) </br> ) </br> ) </br> ) CRIMINAL NO. </br> ) VIOLATIONS: </br> ) 04CR10145 DPW </br> ) </br> ) </br> ) COUNTS ONE-FOUR </br> ) 18 U.S.C. §1028(a)(2) </br> ) (Transfer of False </br> )  Identification </br> )  Documents) </br> ) COUNTS FIVE-EIGHT </br> ) 18 U.S.C. §1546(a) </br> ) (Fraud and Misuse of </br> )  Documents) </br> ) 18 U.S.C. §2 </br> ) (Aiding and Abetting) |

INDICTMENT

The Grand Jury charges as follows:

COUNTS ONE-FOUR
18 U.S.C. §1028(a)(2)
(Transfer of False Identification Documents)

On or about the dates listed below, at Marlborough, in the District of Massachusetts,

WANDERLEY DEFREITAS a/k/a
WANDERLEY FREITAS

the defendant herein, did knowingly transfer false identification documents, to wit, counterfeit Social Security account number

cards and counterfeit alien registration cards, knowing that such documents were produced without lawful authority.

| COUNT | DATE | DOCUMENTS |
|---|---|---|
| ONE | January 21, 2004 | Two Social Security account number cards and two alien registration cards |
| TWO | February 5, 2004 | Three Social Security account number cards and three alien registration cards |
| THREE | March 9, 2004 | Three Social Security account number cards and three alien registration cards |
| FOUR | April 7, 2004 | Three Social Security account number cards and three alien registration cards |

All in violation of Title 18, United States Code, Section 1028(a)(2) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNTS FIVE-EIGHT
## 18 U.S.C. §1546(a)
### (Fraud and Misuse of Documents)

On or about the dates listed below, at Marlborough, in the District of Massachusetts,

**WANDERLEY DEFREITAS a/k/a**
**WANDERLEY FREITAS**

the defendant herein, did knowingly possess documents prescribed by statute or regulation as evidence of authorized stay or employment in the United States, to wit, Social Security account number cards and alien registration cards, knowing such cards to have been forged, counterfeited, altered, and falsely made.

| COUNT | DATE | DOCUMENTS |
|---|---|---|
| FIVE | January 21, 2004 | Two Social Security account number cards and two alien registration cards |
| SIX | February 5, 2004 | Three Social Security account number cards and three alien registration cards |

| SEVEN | March 9, 2004 | Three Social Security account number cards and three alien registration cards |
|-------|---------------|-------------------------------------------------------------------------------|
| EIGHT | April 7, 2004 | Three Social Security account number cards and three alien registration cards |

All in violation of Title 18, United States Code, Section 1546(a) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
NADINE PELLEGRINI
Assistant United States Attorneys

DISTRICT OF MASSACHUSETTS                May 11, 2004 @ 12:15 PM

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk