# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES: ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. vs. Waverley De Freitas

FOR: _____

AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): Wanderley DeFreitas

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify) _____

DOCKET NUMBERS:
- Magistrate: _____
- District Court: 04-10145-DPW
- Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony  ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- RECEIVED: _____
- SOURCES: cannot answer on advice of counsel

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- VALUE: worth $500
- DESCRIPTION: Toyota '90

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE / ☐ MARRIED / ☐ WIDOWED / ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: _____
- List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)
- APARTMENT OR HOME: _____
- Creditors: owes money in Brazil – approximately $10,000
- Total Debt: $ _____
- Monthly Payt: $ _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 6/28/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): X Wanderley Luz DeFreitas