UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10145-DPW

UNITED STATES OF AMERICA

v.

WANDERLEY DEFREITAS
a/k/a WANDERLEY FREITAS

## FURTHER ORDER ON EXCLUDABLE TIME

August 3, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 27, 2004 through September 28, 2004,

that being the period between the expiration of the initial order on excludable time and the Interim Status Conference.

Based upon the prior order of the court dated June 29, 2004 and this order, at the time of the Interim Status Conference on September 28, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

　　　　　　　　　　　　　　　　　　／ Judith Gail Dein
　　　　　　　　　　　　　　　　　　JUDITH GAIL DEIN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge