UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA              Criminal No. 04-10145-DPW

v.

WANDERLY DE FREITAS

REPORT ON INITIAL STATUS CONFERENCE

DEIN, M.J.

On August 3rd, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties represent that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys:

   For the government: None
   For the defense:

2. Features of case that deserve special attention or modification of the standard schedule

   For the government: Government is considering superceding indictment.
   For the defense:

3. Anticipated supplemental discovery

   For the government: Depends on the superceding indictment.
   For the defense:    None

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C)

   At this time, the government does not expect to call an expert witness.

5. Applicable periods of excludable delay under Speedy Trial Act

   6/23/04 to 6/29/04 (Initial appearance until Order of Detention)

   6/29/04 to 7/27/04 (Order of Excludable delay entered)

6. Trial is/is not anticipated.  Estimated duration of trial

   The government expects that trial will take approximately four days.

7. Other matters:

   For the government: None
   For the defense:


A motion date pursuant to Fed. R. Crim. P. 12(c)  has/has not been established.   The motion date is set for


An Interim Status Conference  has/has not been scheduled.

_____
Page Kelly, Esq.
Counsel for the Defendant

_____
Nadine Pellegrini, Esq.
Assistant U.S. Attorney