UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10145-DPW

UNITED STATES OF AMERICA

v.

WANDERLEY DEFREITAS
a/k/a WANDERLEY FREITAS

## FURTHER ORDER ON EXCLUDABLE TIME

October 26, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

> October 26, 2004 through the parties' first pre-trial
> conference before the District Judge

that being the period between the Final Status Conference and the date of the parties' first pre-trial conference. During this period, the parties intend to finalize a plea agreement.

Based upon the prior orders of the court dated June 29, 2004, August 3, 2004, September 28, 2004 and this order, as of the date of the first pre-trial conference there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

                     / s / Judith Gail Dein
                     JUDITH GAIL DEIN
                     United States Magistrate Judge