```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA

    v.                              CRIMINAL NO.
                                         04-10145-DPW

WANDERLY DEFREITAS

## **NOTICE OF SCHEDULING PRETRIAL CONFERENCE**

WOODLOCK, District Judge

   Take notice that the above-entitled case has been scheduled for a Status Conference/Initial Pretrial Conference pursuant to Local Rule 117.1, **ON NOVEMBER 19, 2004 AT 3:30 P.M.**, in Courtroom #1 on the 3RD floor before the Honorable Douglas P. Woodlock.

   By **NOVEMBER 12, 2004**, the parties shall, **ELECTRONICALLY,** file a Status report indicating the current status of the case, including 1) proposed trial dates, suppression hearing dates, or Rule 11 dates; 2) whether there are any pending or contemplated motions; 3) whether all or any portion of the case will be resolved short of trial; 4) **whether any defendant requests an interpreter (and state the language requested)**, 5) **whether any defendant is in federal or state custody or on release**, and 6) whether any defendant is a fugitive, and 7) any other matters which should be addressed at the conference.

     **If the parties seek a Rule 11 hearing at that time in lieu of a pretrial conference, they shall contact the deputy clerk, Michelle Rynne, sufficiently in advance of the November 19, 2004 conference to make appropriate arrangements.**

                                              BY THE COURT,

                                              /s Rebecca Greenberg
                                              Deputy Clerk

DATED: October 26, 2004