UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 0410145-DPW |
| | ) | |
| WANDERLEY DEFREITAS | ) | |
| | ) | |

**JOINT MOTION TO COMBINE RULE 11 HEARING AND SENTENCING
AND DISPENSE WITH PRESENTENCE INVESTIGATION**

Defendant Wanderley DeFreitas and the United States jointly move that the Court (1) sentence Mr. DeFreitas at the conclusion of the Rule 11 Hearing and (2) dispense with the preparation of a presentence investigation report because the Court has sufficient information to exercise its sentencing authority meaningfully, see Fed. R. Crim. P. 32(c)(1)(A)(ii). The parties' grounds are set forth below.

1. Mr. DeFreitas is a citizen of Brazil. He is thirty-three years old. Mr. DeFreitas' parents separated when he was young, and as a result he left school after the fifth grade because he needed to work to help support his mother. He lived in a rural area, so he worked on farms. In addition, he worked in a clothing factory, sold hotdogs from a street cart, and sold beer and soda to convenience stores. Before coming to the United States he lived in Goias with his mother and his eleven-year-old son, Luiz DeFreitas. Mr. DeFreitas has five sisters and three brothers in Brazil.

2. The economy was depressed in Goias and Mr. DeFreitas felt that he could not make a living, so he decided to come to the United States. He walked into the United States across the Mexican border in March, 2002. He came to Boston because he knew people here from Goias. While here, he worked for a landscaper, washed dishes in a restaurant, and delivered pizzas.

3. Mr. DeFreitas has no prior criminal record.

4. Guideline § 2L2.1 applies to the crimes with which Mr. DeFreitas has been charged. It results in a base offense level of 11. U.S.S.G. § 2L2.1 (b)(2)(A) requires a 3-level enhancement because the offense involved more than 5 but less than 25 documents. The defendant should receive a 2 level reduction for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1. The defendant's base offense level thus is 12, and he is in criminal history category I, so the applicable guideline range is 10-16 months. Counsel for both the United States and Mr. DeFreitas have each, separately, reviewed the facts in this case and the application of the guidelines to the facts in reaching this conclusion.

4. As part of his plea agreement, the defendant has admitted that he is not a citizen of the United States and affirmed that he is a native of Brazil. He has waived his rights with regard to any hearing on the question of whether he should be deported. The government, as part of the plea agreement, has agreed to recommend a sentence at the low end of the applicable guideline range. Since the defendant's range is within Zone C of the guidelines, the defendant will ask the Court to impose a sentence of imprisonment that includes a term of supervised release with a condition that substitutes community confinement or home detention, pursuant to U.S.S.G. § 5C1.1(d)(2).

5. Based upon the foregoing, the United States and Mr. DeFreitas suggest that the Court has sufficient information to exercise meaningfully its sentencing authority under 18 U.S.C. § 3553 and, thus, to sentence Mr. DeFreitas without a presentence investigation or report.

6. Because the Probation Office will not likely supervise Mr. DeFreitas on supervised release, whether or not a term of supervised release is imposed, that Office does not need a

presentence report. Whether by voluntary departure or by order of deportation, Mr. DeFreitas will be deported to Brazil from the United States as soon as his sentence is completed, accordingly no presentence report is required for supervision purposes.

## CONCLUSION

WHEREFORE, the parties request that the Court sentence Mr. DeFreitas immediately after his Rule 11 hearing.

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney, | WANDERLEY DEFREITAS<br>By his attorney, |
| /s/ Nadine Pellegrini<br>Nadine Pellegrini<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>One Courthouse Way<br>Boston, MA 02210 | /s/ Page Kelley<br>Page Kelley<br>   B.B.O. #548237<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA  02110<br>Tel: 617-223-8061 |