AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

WANDERLEY DEFREITAS A/K/A
WANDERLEY FREITAS

**WARRANT FOR ARREST**

CASE NUMBER: 04 CR 10145 DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   WANDERLEY DEFREITAS A/K/A WANDERLEY FREITAS
                                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Transfer of False Identification Documents; Fraud and Misuse of Documents and Aiding and Abetting

in violation of
Title _____ United States Code, Section(s)  1028(a)(2); 1546(a) and 2

Name of Issuing Officer

Signature of Issuing Officer

Supervisor
Title of Issuing Officer

5-11-04  Boston
Date and Location

Bail fixed at $ _____ by _____
                                        Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/24/04 | |

This form was electronically produced by Elite Federal Forms, Inc.